JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH WILLIAMS, | ) | NO. CV 15-5310-JFW (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 28, 2015.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE